# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **DEBRA STEPHENSON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO. 5:19-cv-06054-DGK** |
| v. ) | |
| ) | |
| **RAILCREW XPRESS** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), do hereby stipulate and agree that this action be dismissed with prejudice. All parties shall bear their own costs and attorney's fees.

Respectfully submitted,

/s/ by KAG
Jeannie M. DeVeney MO Bar No. 46885
Whitney Fay MO Bar No. 68061
**Littler Mendelson, P.C.**
1201 Walnut, Ste. 1450
Kansas City, Missouri 64106
(816) 627-4400
Fax (816) 627-4444
Jdeveney@littler.com
Wfay@littler.com

Attorneys for Defendant

/s/ Kevin A. Graham
Kevin A. Graham MO Bar No. 41709
**Graham Law Group, P.C.**
11 East Kansas
Liberty, Missouri 64068
(816) 792-0500
Fax (816) 781-6843
Kevin@grahamlg.com

Attorney for Plaintiff